No. 83–2128.  RAYTHEON CO. *v.* ROPER CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 83–2133.  J & S CONSTRUCTION CO., INC. *v.* HOME INSURANCE CO.  C. A. 6th Cir.  Certiorari denied.

No. 83–2135.  CANADIAN TRANSPORT CO. ET AL. *v.* HERCULES CARRIERS, INC., AS OWNER OF THE M/V SUMMIT VENTURE. C. A. 11th Cir.  Certiorari denied.

No. 83–2137.  CHEMICAL REALTY CORP. *v.* HOME FEDERAL SAVINGS & LOAN ASSOCIATION OF HOLLYWOOD.  Ct. App. N. C. Certiorari denied.

No. 83–2141.  SANCHEZ-MARQUEZ *v.* UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 83–2142.  KAPLAN *v.* RUGGIERI ET AL.  C. A. 2d Cir. Certiorari denied.

No. 83–2147.  ROGERS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–2150.  BULK OIL (ZUG) A. G. *v.* SUN CO., INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 83–2151.  SKILLERN *v.* BOLGER, POSTMASTER GENERAL OF THE UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 83–2152.  MANSO ET AL. *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 83–2153.  UNION COMMERCE BANK *v.* DEFFET RENTALS, INC., ET AL.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 83–2154.  KOZIY, AKA KOSIJ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–2155.  LEAVITT *v.* MASSACHUSETTS.  Ct. App. Mass. Certiorari denied.